# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MELISSA WEDEL   Case Number: 07-71594
304 QUINLAN AVENUE   SSN-xxx-xx-6554
DEKALB, IL  60115

Case filed on: 7/3/2007
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY JEFFREY M KRASNER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | NOONAN & LIEBERMAN LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | H&R ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | H&R ACCOUNTS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | DEKALB COUNTY TAX ASSESSOR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MELISSA WEDEL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GMAC MORTGAGE CORPORATION | 25,218.60 | 9,000.00 | 0.00 | 0.00 |
| 002 | MTGLQ INVESTORS LP | 11,198.86 | 3,023.51 | 0.00 | 0.00 |
| 004 | WACHOVIA DEALER SERVICES | 10,209.68 | 10,209.68 | 0.00 | 0.00 |
| 006 | AARONS SALES & SERVICE | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|  | Total Secured | 49,127.14 | 24,733.19 | 0.00 | 0.00 |
| 007 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 68.80 | 68.80 | 0.00 | 0.00 |
| 008 | AMERITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CITY OF DEKALB | 610.90 | 610.90 | 0.00 | 0.00 |
| 010 | COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DARING LANDSCAPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ELGIN COMMUNITY COLLEGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | FIRST USA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | JANNA MERAMA | 744.00 | 744.00 | 0.00 | 0.00 |
| 015 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MEDICAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MEDICAL PAYMENT DATA | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MEDICAL PAYMENT DATA | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MEDICAL PAYMENT DATA | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | NATIONAL BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | PELLETTIERI & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | REDDY MED ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | US DEPARTMENT OF EDUCATION | 27,262.80 | 27,262.80 | 0.00 | 0.00 |
| 028 | STEPHEN WEDEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ASSET ACCEPTANCE CORP | 337.52 | 337.52 | 0.00 | 0.00 |
| 030 | PORKY PIG | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 29,024.02 | 29,024.02 | 0.00 | 0.00 |
|  | Grand Total: | 78,151.16 | 53,757.21 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00           discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                            /s/ Lydia S. Meyer
                                           Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                By  /s/Heather M. Fagan