IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED
DEC 1 8 2008
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
KENNETH S. GARDNER, CLERK
BY
_____
DEPUTY CLERK

IN RE:
WEDEL, MELISSA

AKA CARSON, MELISSA

Debtor(s)

CASE NO. 07-71594 MB

Judge Manuel Barbosa

Social Security/Employer Tax ID Number:

NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At:   U.S. BANKRUPTCY COURT
         211 South Court Street, Room 220
         Rockford, IL 61101

   on:   January 21, 2009
   at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| JAMES E. STEVENS Trustee | $ 0.00 | $ 1,518.97 | |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA Trustee's Firm Legal | $ 0.00 | $ 4,136.00 | |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA Trustee's Firm Legal | $ 0.00 | $ | 130.00 |

4. The Trustee's Final Report shows total:

   a. Receipts                              $    9,965.73

   b. Disbursements                         $    2,276.00

   C. Net Cash Available for Distribution   $    7,689.73

EXHIBIT A

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $1,904.76, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $32,868.59, resulting in an approximate distribution of 5.80% to unsecured creditors.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: 12-15-08

James B. Stevens

EXHIBIT A

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 2          Date Rcvd: Dec 22, 2008
Case: 07-71594                Form ID: pdf002            Total Served: 48


The following entities were served by first class mail on Dec 24, 2008.
db           +Melissa Wedel,    304 Quinlan Avenue,    De Kalb, IL 60115-8240
aty          +Brian A Hart,    Brian A Hart Law Offices PC,    308 W State Street,    Suite M-8,
               Rockford, IL 61101-1139
aty          +Jeffrey M Krasner,    407 West State St,    Suite 4,    Sycamore, IL 60178-1455
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
11478724     +Aarons Sales & Service,    1500 Sycamore Rd,    DeKalb, Il 60115-2032
11460895     +American Express,    P.O. Box 297871,    Fort Lauderdale FL 33329-7871
11487490      American Express Travel Related Services Co, Inc,    c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701
11478725     +City of DeKalb,    200 So 4th St,    DeKalb, Il 60115-3720
11460897     +Comcast,    C/O CRD PRT ASSO,    13355 Noel Rd.,    Dallas TX 75240-6602
11460898     +Daring Landscape,    PO Box 308,    Sycamore IL 60178-0308
11684540     +DeKalb Clinic Chartered,    C/O H & R Accounts, Inc,    PO Box 672,    Moline, IL 61266-0672
11460894     +DeKalb County Tax Assessor,    110 E. Sycamore,    Sycamore IL 60178-1448
11460899     +Elgin Community College,    C/O Merchants Cr,    223 W. Jackson,    Chicago IL 60606-6908
11460900     +First USA Bank,    800 Brookside BLVD,    Westerville OH 43081-2822
11460891      GMAC Mortgage,    PO Box 9001719,    Louisville KY 40290-1719
11522664     +GMAC Mortgage LLC,    c/o Pierce & Associates, P.C.,    1 North Dearborn, Suite 1300,
               Chicago, IL 60602-4331
11460915     +H & R Accounts,    PO Box 672,    4950 38th Avenue,    Moline IL 61265-6763
11707714      I.C. Systems, Inc. o/b/o Bethany Animal Hospital,    c/o A. Thomas Pokela Attorney at Law,
               PO Box 2621,    Sioux Falls, SD 57101-2621
11707715      I.C. Systems, Inc. o/b/o Ultimate Family Dentistry,    c/o A. Thomas Pokela Attorney at Law,
               PO Box 2621,    Sioux Falls, SD 57101-2621
11460901     +Janna J Merema,    725 Benham St,    Kirkland, IL 60146-8827
11460902      Kishwaukee Community Hospi,    c/o Pellettieri & Assoc,    991 Oak Creek Dr,
               Lombard IL 60148-6408
11478726     +Kishwaukee Community Hospital,    H & R Accounts,    4950  38th Ave,    PO Box 672,
               Moline, Il 61266-0672
11478727     +Kishwaukee Community Hospital,    H & R Accounts Inc,    7017 John Deere Pkwy,
               Moline, Il 61265-8072
11684511     +Kishwaukee Community Hospital,    C/O H & R Accounts, Inc,    PO Box 672,    Moline, IL 61266-0672
11460917      Lydia S. Meyer,    Kathleen McCallister,    Post Office Box 14127,    Rockford IL 61105-4127
11478728     +MTGLQ Investors LP,    % Ocwen Loan Servicing LLC,    Marc G Wagman,    4201 Lake Cook Road,
               Northbrook, Il 60062-1060
11475181     +MTGLQ Investors, L.P.,    c/o Ocwen Loan Servicing, LLC,    Attn Bankruptcy,
               12650 Ingenuity Drive,    Orlando, FL 32826-2703
11460903     +Medical,    C/O Merchants CR,    223 W. Jackson,    Chicago IL 60606-6908
11460904     +Medical,    C/O Creditors PR,    206 W. State,    Rockford IL 61101-1112
11460907     +Medical Payment Data,    C/O I C System Inc,    PO Box 64378,    Saint Paul MN 55164-0378
11460906     +Medical Payment Data,    C/O MRSI,    2200 Devon Ave.,    Des Plaines IL 60018-4503
11460905     +Medical Payment Data,    Rockford Mercantile Agency,    2502 S. Alpine Road,
               Rockford IL 61108-7813
11460908     +National Bank And Trust,    C/O Profcolsrv,    103 N. Chicago,    Freeport IL 61032-4100
11460918     +Noonan & Lieberman Ltd.,    105 West Adams,    Suite 3000,    Chicago IL 60603-6228
11460892     +Ocwen Loan Servicing,    PO Box 785056,    Orlando FL 32878-5056
11460910      Pellettieri & Associates,,    991 Oak Creek Drive,    Lombard IL 60148-6408
11460911      Reddy Med Associates,    PO BOX 2184,    Indianapolis IN 46206-2184
11866440     +Rockford Mercantile Agency Inc,    2502 South Alpine Road,    Rockford Illinois 61108-7813
11460913     +Steven Wedel,    304 Quinlan Ave.,    Dekalb IL 60115-8240
11502425      US Department of Education,    Direct Loan Servicing Center,    PO Box 5609,
               Greenville, TX 75403-5609
11460912     +US Dept of Education,    501 Bleeker St,    Utica NY 13501-2401
11684542     +Umesh P Goswami, MD,    C/O H & R Accounts, Inc,    PO Box 672,    Moline, IL 61266-0672
11460893      WFS Financial,    PO BOX 25341,    Santa Ana CA 92799-5341
11530512     +wachovia dealer services,    po box 19657,    irvine, ca 92623-9657

The following entities were served by electronic transmission on Dec 23, 2008.
11470354     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
               Assignee/SBC,    PO Box 2036,    Warren MI 48090-2036
11460916     +E-mail/PDF: bankruptcy@hraccounts.com Dec 23 2008 01:50:27     H&R Accounts Inc.,
               7017 John Deere Parkway,    Moline IL 61265-8072
11460909      E-mail/Text: bankrup@nicor.com                            NICOR Gas,    PO Box 310,
               Aurora IL 60507-0310
11759167     +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    PO Box 549,
               Aurora IL 60507-0549
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11460896      Ameritec,   C/O Money Control
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2579
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2579
11460914*    +Steven Wedel,    304 Quinlan Ave,    Dekalb IL 60115-8240
                                                                                   TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: jshores           Page 2 of 2           Date Rcvd: Dec 22, 2008
Case: 07-71594                Form ID: pdf002         Total Served: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 24, 2008**  **Signature:** *Joseph Speetjens*