UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | In Bankruptcy Under Chapter 7 |
| | ) | |
| MELISSA WEDEL, | ) | Case No. 07-71594 |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE

TO: THE HONORABLE BANKRUPTCY JUDGE MANUEL BARBOSA

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks were issued. Evidence of all cancelled checks are attached as Group Exhibit "A" and the final bank statement is attached as Exhibit "B" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, request that he be discharged, and the case closed pursuant to 11 U.S.C. Section 350.

TRUSTEE, JAMES E. STEVENS

### CERTIFICATION OF REVIEW

The United States Trustee has reviewed the Final Account, Certification that the Estate has been Fully Administered and Application for Discharge of the trustee in accordance with the standards set forth in the MOU dated April 1, 1999 and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

Dated: 3-19-09

WILLIAM T. NEARY, UNITED STATES TRUSTEE

By: Christine K. Miller
CHRISTINE K. MILLER, Paralegal Specialist

BARRICK, SWITZER, LONG
BALSLEY & VAN EVERA
BY: JAMES E. STEVENS
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

# JPMorganChase

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

January 31, 2009 through February 27, 2009

Account Number: **000312196354866**

## CUSTOMER SERVICE INFORMATION

Service Center:    1-800-634-5273



00015204 DBI 802 24 06109 - NNNNN  1 000000000 60 0000
07-71594 WEDEL MELISSA
DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY    Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $2,162.04 |
| Checks Paid | 8 | - 2,162.04 |
| Ending Balance | 8 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 104 | 02/05 | $23.19 |
| 105 | 02/04 | 1,873.05 |
| 106 | 02/02 | 51.12 |
| 107 | 02/09 | 41.97 |
| 108 | 02/02 | 101.16 |
| 109 | 02/02 | 48.20 |
| 110 | 02/02 | 18.62 |
| 114 * | 02/03 | 4.73 |
| Total Checks Paid |  | $2,162.04 |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/02 | $1,942.94 |
| 02/03 | 1,938.21 |
| 02/04 | 65.16 |
| 02/05 | 41.97 |
| 02/09 | 0.00 |

**JPMorganChase**

January 01, 2009 through January 30, 2009
Account Number: **000312196354866**

ACCOUNT # 000312196354866
WEDEL MELISSA
07-71594

**IMAGES**



006180740405 JAN 23 #0000000101 $4,136.00



006180740405 JAN 23 #0000000101 $4,136.00



006180740404 JAN 23 #0000000102 $130.00



006180740404 JAN 23 #0000000102 $130.00



**JPMorganChase**

January 31, 2009 through February 27, 2009

Account Number: **000312196354866**

ACCOUNT # 000312196354866
WEDEL MELISSA
07-71594

**IMAGES**



108570844002 FEB 05 #0000000104 $23.19



108570844002 FEB 05 #0000000104 $23.19



007180385968 FEB 04 #0000000105 $1,873.05



007180385968 FEB 04 #0000000105 $1,873.05



Page 2 of 5

**JPMorganChase**

January 31, 2009 through February 27, 2009
Account Number: **000312196354866**

ACCOUNT # 000312196354866
WEDEL MELISSA
07-71594



102980772783 FEB 02 #0000000106 $51.12



102980772783 FEB 02 #0000000106 $51.12



105480920925 FEB 09 #0000000107 $41.97



105480920925 FEB 09 #0000000107 $41.97



**JPMorganChase**

January 31, 2009 through February 27, 2009

Account Number: **000312196354866**

ACCOUNT # 000312196354866
WEDEL MELISSA
07-71594



006180399817 FEB 02 #0000000108 $101.16



006180399817 FEB 02 #0000000108 $101.16



006180399818 FEB 02 #0000000109 $48.20



006180399818 FEB 02 #0000000109 $48.20

**JPMorganChase**

January 31, 2009 through February 27, 2009

Account Number: **000312196354866**

ACCOUNT # 000312196354866
WEDEL MELISSA
07-71594



006180399819 FEB 02 #0000000110 $18.62





004980400348 FEB 03 #0000000114 $4.73





006180399819 FEB 02 #0000000110 $18.62

004980400348 FEB 03 #0000000114 $4.73

**JPMorganChase**

January 01, 2009 through January 30, 2009

Account Number: **000312196354866**

ACCOUNT # 000312196354866
WEDEL MELISSA
07-71594



006180740403 JAN 23 #0000000103 $1,518.97





006180740403 JAN 23 #0000000103 $1,518.97



005180635553 JAN 28 #0000000111 $7.45



005180635553 JAN 28 #0000000111 $7.45

**JPMorganChase**

January 01, 2009 through January 30, 2009

Account Number: **000312196354866**

ACCOUNT # 000312196354866
WEDEL MELISSA
07-71594



005180635552 JAN 28 #0000000112 $16.76



005180635552 JAN 28 #0000000112 $16.76



007980354398 JAN 27 #0000000113 $71.94



007980354398 JAN 27 #0000000113 $71.94



**JPMorganChase**

November 12, 2008 through November 28, 2008

Primary Account: **000312196354865**

ACCOUNT # 000312196354865
WEDEL MELISSA
07-71594

**IMAGES**



007780097097 NOV 26 #0000001001 $2,276.00



007780097097 NOV 26 #0000001001 $2,276.00

